**From:** Marie Cantelli
**Sent:** Tuesday, May 11, 2021 11:29:37 AM
**To:** natgeomagazine@cdsfulfillment.com <natgeomagazine@cdsfulfillment.com>
**Subject:** Cancel subscription

Please cancel subscription associated with this email and address
. Phone number               . We don not wish to receive or be charged any more. Thank you kindly and have a great day.

Marie Cantelli

Get Outlook for Android